HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

DEC 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____?v_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00121 LJO |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL |
| vs. | |
| SANTOS PELAYO, | |
| Defendants. | |

Defendant, Santos Pelayo, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking early termination of his supervised release.

Mr. Pelayo submits the attached Financial Affidavit as evidence of his inability to retain counsel. On February 17, 2011, in the SD/CA, San Diego, defendant pled guilty to Counts 1 and 2 of the Superseding Information, namely, 18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce, and 18 U.S.C. §§ 924(c)(1)(A)(i) – Possessing Firearm in Furtherance of Crime of Violence. On June 1, 2012, defendant was sentenced as follows:

18:1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce (1s):
Count 1 – 1 month, Count 2 – 60 months consecutive to Count 1. Supervised Release: Count 1 – 3 years, Count 2 – 5 years concurrent to Count 1. Penalty Assessment: Count 1 – $100.00, Count 2 – $100.00. Fine waived.

18:924(c)(1)(A)(ii); 18:924(d); 28:2461(c) – Possessing a Firearm in Furtherance of a Crime of Violence; Criminal Forfeiture (2s):
Count 1 – 1 month, Count 2 – 60 months consecutive to Count 1. Supervised Release: Count 1 – 3 years, Count 2 – 5 years concurrent to Count 1. Penalty Assessment: Count 1 – $100.00, Count 2 – $100.00. Fine waived.

The Government's motion to dismiss the Indictment was granted. On May 20, 2015, probation jurisdiction was transferred from the SD/CA, San Diego, to our district. Mr. Pelayo has completed approximately four of the five years of his supervised release.

On December 27, 2018, Mr. Pelayo contacted our office to inquire about early termination. Mr. Pelayo has been temporarily working in New Mexico for two months, and has ten months left in New Mexico before returning to California. He is in Fresno for the holidays visiting family. Mr. Pelayo is requesting appointment of counsel, and his Financial Affidavit is submitted for the court's consideration.

Dated: December 26, 2018

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: December 28, 2018

_____
HON. BARBARA A. McAULIFFE
United States Magistrate Judge