| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | SANTOS PELAYO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00121-LJO |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| SANTOS PELAYO, | Hon. Lawrence J. O'Neill |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kimberly Sanchez, as well as United States Probation Officer Adrian Garcia, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.

On June 1, 2012, Santos Pelayo was sentenced after having pled guilty to one count of

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

conspiracy to commit robbery affecting interstate commerce and one count of possessing a firearm in furtherance of a crime of violence in the Central District of California in case 3:10-cr-03510-BTM. (Doc. 209). The Court sentenced Mr. Pelayo to 60-months in custody followed by a 60-month term of supervised release (Doc. 209). Mr. Pelayo was released from prison on January 20, 2015 and is currently on low-risk supervision.

Having completed approximately four out of five years of his supervision with no violations, Mr. Pelayo has maintained steady employment, provided for his family, fulfilled all his supervision requirements, and has had absolutely no issues while on supervision. Due to this demonstrated compliance with supervision and his ability to be a productive, law-abiding citizen, both the government and probation have no objection to this early termination request.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Pelayo and in the interests of justice.

HEATHER E. WILLIAMS
Federal Defender

DATED: January 14, 2019      /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
SANTOS PELAYO

**O R D E R**

Santos Pelayo. is hereby discharged from supervised release, effective immediately, on case 1:15-cr-00121-LJO.

IT IS SO ORDERED.

Dated: __**January 15, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES CHIEF DISTRICT JUDGE